FILED
2009 Oct-15  PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN E. BRASHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: |
| v. | ) |
| | ) CV-09-RRA-273-E |
| MIDLAND CREDIT MANAGEMENT, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The plaintiff having filed a motion to dismiss the last remaining defendant (doc. 22), and no opposition to same having been filed, it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. The motion is **GRANTED**;

2. This case is **DISMISSED, with prejudice**, as to the remaining defendant Experian Information Solutions, Inc.

3. There being no other defendants left, this case is concluded in its entirety. This matter is now closed.

DONE and ORDERED this 15th day of October, 2009.

_____
Robert R. Armstrong, Jr.
United States Magistrate Judge